IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMA SUETOS,

      Plaintiff,                       No. CIV S-09-0727 MCE DAD PS

      vs.

BANK OF AMERICA NATIONAL
ASSOCIATION, et al.,                    ORDER

      Defendants.
_____/

      Plaintiff in this action is proceeding pro se. Accordingly, the case has been referred to the undersigned pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision. Motions to dismiss filed by defendants Lehman Brothers Bank FSB and Aurora Loan Services, LLC on April 13, 2009, by defendant Bank of America, N.A. on April 16, 2009, by defendant JPMorgan Chase Bank, N.A. on April 16, 2009, and by Mortgage Electronic Registration Systems, Inc. on May 7, 2009 were all improperly noticed for hearing before the assigned district judge. By minute orders filed on April 13, April 16, and May 8, 2009, all hearing dates were vacated and defendants were directed to renotice their motions for hearing before the undersigned.

      Defendant Bank of America, N.A.'s renoticed motion was heard by the undersigned on May 22, 2009, and defendant JPMorgan Chase Bank, N.A.'s renoticed motion

1

1   was heard on June 5, 2009.  These unopposed motions have been taken under submission.

2               On June 5, 2009, defendants Lehman Brothers Bank FSB and Aurora Loan
3   Services, LLC renoticed their motion to dismiss complaint and motion to expunge lis pendens for
4   hearing on August 14, 2009.  On the same date, defendant Mortgage Electronic Registration
5   Systems, Inc. renoticed its motion to dismiss for hearing on July 10, 2009.  Defendants Lehman
6   Brothers Bank FSB and Aurora Loan Services, LLC included in their renotice a request that the
7   court shorten the time to hear their motions to June 12, 2009.  These defendants argue that
8   granting their request for order shortening time will not prejudice plaintiff because she has
9   waived her right to file opposition since she had notice of defendants' motions when they were
10  served upon her on April 15, 2009.  Defendant Mortgage Electronic Registration Systems, Inc.
11  has submitted a proposed order granting a motion to shorten time to an unspecified date but has
12  not filed a motion to shorten time.

13              Pursuant to Local Rule 78-230, a party's obligation to file and serve opposition to
14  a motion is calculated on the basis of the motion's hearing date.  The June 11, 2009 hearing date
15  for "Motion to Dismiss 10," i.e., the motion to dismiss filed by defendants Lehman Brothers
16  Bank FSB and Aurora Loan Services, LLC on April 13, 2009, was vacated by minute order filed
17  on April 13, 2009, and the June 11, 2009 hearing date for defendant Mortgage Electronic
18  Registration Systems, Inc.'s May 7, 2009 motion to dismiss was vacated by minute order filed on
19  May 8, 2009.  Plaintiff was not required to oppose either motion until the moving party or parties
20  complied with the order to renotice the motion pursuant to Local Rule 78-230(c)(21).  Plaintiff
21  could be prejudiced if the court were to grant defendants' motions to shorten time for hearing
22  their renoticed motions.  Accordingly, the motions to shorten time will be denied.[1]
23  /////

---

[1] The motion to dismiss filed by defendant Mortgage Electronic Registration Systems
25  will be heard on July 10, 2009.  The motions to dismiss the complaint and to expunge lis pendens
    brought on behalf of defendants Lehman Brothers Bank FSB and Aurora Loan Services, LLC
26  will be heard on August 14, 2009.

1       In light of the number of motions yet to be heard and the time required to resolve them, the undersigned will vacate the Status (Pretrial Scheduling) Conference currently set for July 10, 2009. Scheduling would be premature at this time. If appropriate, the status conference will be reset at a later time.

      IT IS ORDERED that:

      1. The June 5, 2009 requests to shorten the time for hearing the renoticed motions of defendants Lehman Brothers Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. are denied.

      2. The Status (Pretrial Scheduling) Conference set for 11:00 a.m. on July 10, 2009 is vacated and will be reset at a later time, if appropriate.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\suetos0727.ords